**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHARLES NEUMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 13-cv-0719 (KBJ) |

## ORDER

For reasons stated in the memorandum opinion issued in conjunction with this Order, it is hereby

**ORDERED** that Defendants' [17] Motion for Summary Judgment is **GRANTED** with respect to their invocation of FOIA Exemptions 6, 7(E), and 7(F) and Privacy Act Exemption (j)(2), and **DENIED** with respect to their invocation of FOIA Exemption 7(C). Defendants have until **October 31, 2014**, to submit a revised *Vaughn* index that—at a minimum—indicates, with respect to each document, the type of document that has been redacted and the particular bases for each redaction. It is

**FURTHER ORDERED** that Defendants have until **October 31, 2014**, to submit for *in camera* review redacted and unredacted versions of each contested document that contains redactions pursuant to FOIA Exemption 7(C). Defendants are hereby authorized to refile their motion for summary judgment with respect to the Exemption 7(C) redactions once they have submitted the new *Vaughn* index and the aforementioned documents for *in camera* review.

DATE: September 30, 2014                              *Ketanji Brown Jackson*
                                                                          KETANJI BROWN JACKSON
                                                                          United States District Judge